# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Aurora Flight Sciences Corporation ) ASBCA Nos. 59608, 59609
)
Under Contract Nos. W31P4Q-04-C-R378 )
W911W6-05-D-0003 )
HR0011-05-C-0035 )
NASI-03054 )

APPEARANCES FOR THE APPELLANT: Craig A. Holman, Esq.
Dominique L. Casimir, Esq.
Arnold & Porter LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Kara M. Klaas, Esq.
Trial Attorney
Defense Contract Management Agency
Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 13 January 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59608, 59609, Appeals of Aurora Flight Sciences Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals